# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

149161

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                            SC: 149161
                            COA: 317720
                            Oakland CC: 07-213611-FH

DAVID KATAJA,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 24, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015


Clerk

p0513